IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-690-SLR |
| ) | |
| HEARST NEWSPAPERS, LLC d/b/a ) | |
| HOUSTON CHRONICLE & HOUSTON ) | |
| CHRONICLE PUBLISHING COMPANY ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant Hearst Newspapers, LLC d/b/a Houston Chronicle & Houston Chronicle Publishing Company, effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Patterson Belknap Webb & Tyler LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (#4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant*

{00530270;v1}

*Of Counsel:*

Ravi V. Sitwala
The Hearst Corporation
Office of General Counsel
300 West 57th Street
New York, New York 10019
Phone: (212) 649-2020
Facsimile: (212) 649-2035
rsitwala@hearst.com

Eugene M. Gelernter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336-2000
Facsimile: (212) 336-2222
emgelernter@pbwt.com

Dated: June 27, 2011

{00530270;v1}